UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARREN GEORGE DYE, | )<br>) No.  CV-11-0163-CI |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING STIPULATED |
| | ) MOTION TO REMAND PURSUANT TO |
| MICHAEL J. ASTRUE, | ) SENTENCE FOUR OF 42 U.S.C. |
| Commissioner of Social | ) § 405(g) |
| Security, | ) |
| | ) |
| Defendant. | ) |

BEFORE THE COURT is the parties' Stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 18.) Attorney Gary R. Penar represents Plaintiff Darren George Dye; Special Assistant United States Attorney Mathew W. Pile represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 18)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall hold a de novo hearing. The ALJ shall also: (1) update the treatment evidence; (2) if warranted, obtain testimony from a medical expert to clarify the

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1 nature and severity of Plaintiff's impairments; (3) re-evaluate the
2 medical source opinions in the record, including the opinions of Dr.
3 Shannon Radke and Dr. Clayton Kersing; (4) further consider
4 Plaintiff's residual functional capacity in light of the updated
5 record; (5) further consider whether Plaintiff has past relevant
6 work he could perform; (6) as appropriate, secure supplemental
7 evidence from a vocational expert to clarify the effect of the
8 assessed limitations on Plaintiff's occupational base; and (7)
9 evaluate the effect, if any, of Plaintiff's subsequent allowance of
10 benefits on the current application, without disturbing the
11 subsequent allowance.

12    2.   Judgment shall be entered for the **PLAINTIFF**.

13    3.   Plaintiff's Motion for Summary Judgment (**ECF No. 12**) is
14 stricken as moot.

15    4.   An application for attorney fees may be filed by separate
16 motion.

17    The District Court Executive is directed to enter this Order,
18 forward copies to counsel, and thereafter shall close this file.

19    DATED February 7, 2012.

21              S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2