# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

DARREN GEORGE DYE,                )
                                  )
            Plaintiff,            )
                                  )          NO.  CV-11-163-CI
      vs.                         )
                                  )       **JUDGMENT IN A**
MICHAEL J. ASTRUE,                )          **CIVIL CASE**
Commissioner of Social Security,  )
                                  )
            Defendant.            )
                                  )
_____ )

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 7th day of February, 2012.

JAMES R. LARSEN
District Court Executive/Clerk


By:  s/Renea Ferrante
          Deputy Clerk



cc: all counsel